UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NADIA B. SMALLEY,** | NO. CV 13-01026-MMM (MAN) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security** | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that the Commissioner's decision is REVERSEED and the case is REMANDED for further proceedings consistent with the Report.

DATED: January 14, 2015 .

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE