JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NADIA B. SMALLEY,** | NO. CV 13-01026-MMM (MAN) |
| Plaintiff, | |
| v. | JUDGMENT |
| **CAROLYN W. COLVIN,** **Acting Commissioner of the** **Social Security Administration** | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the above-captioned action is remanded for further proceedings consistent with U.S. Magistrate Judge Margaret A. Nagle's Report and Recommendation.

DATED: <u>January 14, 2015</u> .

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE